# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| CHEVONNE TINGLE,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No. 1:25-cv-00058 |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF REMOVAL

Defendant Equifax Information Services LLC, ("Equifax"), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this case from the Superior Court of the State of Delaware, to the United States District Court for the District of Delaware. In support of its Notice of Removal, Equifax states as follows:

## PROCEDURAL BACKGROUND

On November 15, 2024, Plaintiff Chevonne Tingle ("Plaintiff") filed Plaintiff's Complaint in the Superior Court of the State of Delaware, under Case No. N24C-11-070 VLM ("State Court Action") alleging that Defendant Equifax Information Services, LLC ("Equifax") violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

The time period for filing a responsive pleading in the State Court Action has not expired as of the filing date of this Notice of Removal.

Defendant Equifax was served with Plaintiff's Complaint on December 26, 2024. This Notice of Removal is being filed within the thirty (30) day-time period required by 28 U.S.C. §1446(b).

**GROUNDS FOR REMOVAL**

The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the FCRA.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

Pursuant to 28 U.S.C. § 1441(a), this Notice is being filed with this Court within thirty (30) days after Defendant was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

Pursuant to 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action are attached hereto as **Exhibit A**.

Trial has not commenced in the Superior Court of the State of Delaware.

Promptly after the filing of this Notice of Removal, Equifax will give written notice of the removal to Plaintiff and will file a copy of this Notice of Filing Notice of Removal with the Superior Court of the State of Delaware as required by 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit B**, without exhibit.

Defendants Experian Information Solutions, Inc. and TransUnion LLC consent to the removal pursuant to 28 U.S.C. § 1446(b)(2)(A). Consents to Removal are attached collectively as **Exhibit C**.

Equifax submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages they seek may be properly sought).

Should Plaintiff seek to remand this case to state court, Equifax respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Equifax asks that the Court retain jurisdiction and allow Equifax to file a motion asking this Court to certify any remand order for interlocutory review by the Third Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

## CONCLUSION

WHEREFORE, Equifax submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the United State District Court for the District of Delaware. Equifax also requests all other relief, at law or in equity, to which it justly is entitled.

CLARK HILL PLC

Dated:   January 14, 2025

*/s/ Karen M. Grivner*
Karen M. Grivner, Esq.
824 N. Market Street, Suite 710
Wilmington, DE 19801
(302) 250-4749
kgrivner@clarkhill.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Chevonne Tingle
> 298 E. Main Street, Suite 866
> Middletown, DE 19709

>> */s/ Karen Grivner*
>> Karen Grivner
>> *Counsel for Defendant*
>> *Equifax Information Services LLC*

315610654v.1