# Exhibit A

Click to Print   Printed on: 1/14/2025 11:51:06 GMT-0500 (Eastern Standard Time)

## Case History Search

Search Created:
1/14/2025 11:51:06 GMT-0500 (Eastern Standard Time)

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | DE Superior Court-New Castle County | **Judge:** | Medinilla, Vivian L | **File & ServeXpress Live Date:** | 11/15/2024 |
| **Division:** | | **Case Number:** | N24C-11-070 VLM | **Document(s) Filed:** | 6 |
| **Case Type:** | CMIS - Civil Miscellaneous | **Case Name:** | CHEVONNE TINGLE V. EXPERIAN INFORMATION SOLUTIONS | **Date Range:** | All |

⬇ Export    1-3 of 3 transactions    <<Prev  Page 1 of 1  Next>>

| Transaction | ▼Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|---|
| 75143957 | 12/5/2024 11:49 AM EST | File Only | N24C-11-070 VLM CHEVONNE TINGLE V. EXPERIAN INFORMATION SOLUTIONS | Sheriff New Castle County, New Castle County DE Sheriffs Office | 3 | Sheriffs Return | Registered Agent Served 12-04-2024 14:15 EXPERIAN INFORMATION SOLUTIONS INC | Accepted | 0.1MB |
| 75138993 | 12/4/2024 4:27 PM EST | File And Serve | N24C-11-070 VLM CHEVONNE TINGLE V. EXPERIAN INFORMATION SOLUTIONS | Colleen Redmond, DE Superior Court-New Castle County | 2 | Writ(s) Issued | 3 Writs Issued 12-2-2024. 2 Writs for Out of State. 1 Writ Issued for NCC. Money Order Number: 646520 Amt: $10.00. Money Order Number; 636235 $30.00 | Accepted | 0.3MB |
| 75013418 | 11/15/2024 10:13 AM EST | File Only | N24C-11-070 VLM CHEVONNE TINGLE V. EXPERIAN INFORMATION SOLUTIONS | Colleen Redmond, DE Superior Court-New Castle County | 1 | Complaint | ONE COMPLAINT CONVENTIONALLY FILED IN NCC PROTHONOTARY ON NOVEMBER 14TH, 2024 | Accepted | 0.4MB |
| | | | | | | Case Information Statement | CIS | Accepted | 0.2MB |
| | | | | | | Praecipe | PRAECIPE | Accepted | 0.1MB |
| | | | | | | Summons | SUMMONS | Accepted | 0.1MB |

1-3 of 3 transactions    <<Prev  Page 1 of 1  Next>>

EFiled: Nov 15 2024 10:13AM EST
Transaction ID 75013418
Case No. N24C-11-070 VLM

SUPERIOR COURT
CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N) K S    CIVIL ACTION NUMBER: N24C-11-070 VLM

Caption:
Chevonne Tingle
vs
Experian Information Solutions
Trans Union LLC
Equifax Information Services

Civil Case Code: CMIS
Civil Case Type: Civil Miscellaneous
(SEE REVERSE SIDE FOR CODE AND TYPE)

MANDATORY NON-BINDING ARBITRATION (MNA) _____

Name and Status of Party filing document:

Document Type: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)
Complaint

JURY DEMAND: YES ____ NO ✓

ATTORNEY NAME(S):

ATTORNEY ID(S):
Chevonne Tingle

FIRM NAME:
252 E Main St Ste 260

ADDRESS:
Middletown DE 19709

217-394-0067
TELEPHONE NUMBER:

FAX NUMBER:

E-MAIL ADDRESS:

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:

EXPLAIN THE RELATIONSHIP(S):

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE)

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled: Nov 15 2024 10:13AM EST
Transaction ID 75013418
Case No. N24C-11-070 VLM

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| Chevonne Tingle      Plaintiff | ) |
| vs | ) Civil Action No |
| Experian Information Solutions Inc, | ) |
| Transunion LLC, | ) |
| Equifax Information Services LLC | ) |
| Defendant(s) | |

## COMPLAINT

1. **Parties**
   1.1 Plaintiff Chevonne Tingle is an individual residing in Middletown, Delaware.
   1.2 Defendant Experian Information Solution, Inc. is a Consumer reporting agency with its principal place of business in Allen, Texas.
   1.3 Defendant TransUnion LLC is a Consumer reporting agency with its principal place of business in Chester, Pennsylvania.
   1.4 Defendant Equifax Information Services LLC is a Credit reporting agency with its principal place of business in Atlanta, Georgia.
2. **Jurisdiction and Venue**
   2.1 This Court has Jurisdiction over this matter pursuant to the Fair Credit Reporting Act (FCRA) and relevant state law.
   2.2 Venue is proper in this Court Because the Plaintiff resides in Middletown Delaware.
3. **Statement of Facts**
   3.1 Plaintiff has been a consumer and has utilized the services of the Defendants for credit reporting.
   3.2 From September 11, 2022, until the present date, Plaintiff has requested Validation of specific debts reported on her credit report.
   3.3 The Defendants have failed to properly validate the debts as required under the FCRA.
   3.4 Defendants have and continue to report inaccuracies on Plaintiff's Credit report, which has significantly impacted her ability to qualify for a mortgage.
   3.5 Specifically, the Inaccuracies involve accounts from Ally Financial, Capital One, JPMCB, Fetti, Navy Federal, Discover, American Express, Wayfair, Lending Club, EDfinancial, AES/PHEAA, Credit One Bank, and Apple Inc.
   3.6 Defendants have made many unlawful credit pulls without the Plaintiff consent.

3.7 As a direct result of the defendants' actions, Plaintiff has incurred financial losses exceeding $40,000 annually for the past three years and has been forced to continue renting an apartment instead of owning a home.

3.8 Furthermore, the Defendants Allowed JPMCB to pull Plaintiff's consumer report everyday for three months without her permission, constituting a violation of her rights under the FCRA.

4. **Claims for Relief**

    4.1 Plaintiff alleges that Defendants have willfully and negligently violated the Fair Credit Reporting Act, resulting in damages to the Plaintiff.

    4.2 Plaintiff seeks the complete removal of all inaccuracies from her consumer report associated with the aforementioned creditors.

    4.3 Plaintiff seeks compensatory damages for the financial losses and emotional distress caused by the inaccurate reporting and failure to properly validate debts.

    4.4 Plaintiff seeks punitive damages due to the Defendants' willful and reckless disregard for her rights.

    4.5 Plaintiff seeks statutory damages as provided for under the Fair Credit Reporting Act.

    4.6 Plaintiff seeks injunctive relief to prevent the Defendants from continuing to report inaccurate information on her credit report and to compel them to follow proper procedures in the future.

5. **Prayer for Relief**

    WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment in her favor and against the Defendants as follows:

    - Compensatory damages in an amount exceeding $120,000 for the Financial losses incurred.
    - An order for the complete removal of all inaccuracies from the Plaintiff's Consumer Report associated with Ally Financial, Capital One, JPMCB, Fetti, Navy Federal, Discover, American Express, Wayfair, Lending Club, EDfinancial, AES/PHEAA, Credit One Bank, and Apple Inc.
    - Punitive damages as deemed appropriate by the court.
    - Statutory damages pursuant to the Fair Credit Reporting Act.
    - Injunctive relief requiring Defendants to cease reporting inaccuracies and to ensure compliance with FCRA requirements.
    - Cost of this action
    - Any Further relief that the court deems Just and appropriate.

*Chevonne Tingle*

Chevonne Tingle

298 E Main Street STE 866

Middletown, DE 19709

Chevonne Tingle
298 E Main St STE 866
Middletown DE 19709

7022 3330 0002 2712 9485

Equifax
C/o legal Department
1550 Peachtree St N.W
Atlanta GA ~~30342~~
30309



EQuiFAx
C/o leGal Department
1550 Peachtree St N.W
Atlanta GA ~~30342~~
30309

EFiled: Nov 15 2024 10:13AM
Transaction ID 75013418
Case No. N24C-11-070 VLM

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| Chevonne Tingle    Plaintiff | ) |
| vs | ) Civil Action No |
| Experian Information Solutions Inc, | ) |
| Transunion LLC, | ) |
| Equifax Information Services LLC | ) |
| Defendant(s) | ) SUMMONS |

THE STATE OF DELAWARE,

TO THE Plaintiff

To Summon the above-named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Chevonne Tingle Plaintiff who's Address is 298 E Main Street STE 866 Middletown DE 19709, an answer to complaint and all allegations by affidavit.

To serve upon defendant a copy thereof and of the complaint.

Dated:
12-2-24

Colleen Redmond
Prothonotary

Cynthia Cullem
Per Deputy

TO THE ABOVE-NAMED DEFENDANTS:

In case of your failure, within 20 days of after service hereof upon you, exclusive of the day of service, to serve on plaintiff Chevonne Tingle an answer to the complaint and all allegations by affidavit, judgement by default will be rendered against you for the relief demanded in the complaint.

Colleen Redmond
Prothonotary

Cynthia Cullem
Per Deputy

**EFiled: Dec 05 2024 11:49AM EST**
**Transaction ID 75143957**
**Case No. N24C-11-070 VLM**





| | | |
|---|---|---|
| | **Sheriff's Office** | State of Delaware |
| | 800 N. French Street, 5th Floor | New Castle Cour |
| | Wilmington, Delaware 19801 | Scott T. Phillips |
| | 302-395-8450, Fax: 302-395-8460 | Sheriff |

12/5/2024

**Court Case # N24C-11-070 VLM**
Sheriff # 24-007724

Summons and Complaint

### CHEVONNE TINGLE
### vs
### EXPERIAN INFORMATION SOLUTIONS INC, TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC

Entity - EXPERIAN INFORMATION SOLUTIONS INC

On 12/4/2024 at 2:15 PM a copy of the within writ together with a copy of the Summons and Complaint were served upon Litigation Management Representative a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808

Fees Paid: $40.00

Per: Deputy Sheriff, Jeffrey Maddocks

SO ANS;

*Scott N Phillips*

    SHERIFF

PER   Janice Frisby-Dowe