# Exhibit B

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CHEVONNE TINGLE,<br><br>      Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendants. | Case No. N24C-11-070 VLM |

### DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
### NOTICE OF FILING NOTICE OF REMOVAL

TO:

Clerk of Court
Superior Court of the State of Delaware
New Castle County Courthouse
500 N. King Street, Suite 1040
Wilmington, DE  19801

Chevonne Tingle
298 E. Main Street, Suite 866
Middletown, DE 19709

*Pro Se Plaintiff*

     PLEASE TAKE NOTICE that on January 14, 2025 Defendant Equifax Information Services LLC filed a Notice of Removal with the Clerk of the United States District Court for the District of Delaware, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A true and correct copy of that Notice of Removal is attached hereto as **Exhibit A**.

     PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

2

Dated:  January 14, 2025                    Respectfully submitted,

                                                                            CLARK HILL PLC

By:  */s/ Karen Grivner*
      Karen Grivner (#4372)
      CLARK HILL PLC
      824 N. Market Street, Suite 710
      Wilmington, DE 19801
      Telephone:  (302) 250-4749
      Email:  kgrivner@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

2

315611315v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S NOTICE OF FILING NOTICE OF REMOVAL with the Clerk of the Court using the File & ServeXpress system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Chevonne Tingle
>298 E. Main Street, Suite 866
>Middletown, DE 19709

>*/s/ Karen Grivner*
>Karen Grivner
>*Counsel for Defendant*
>*Equifax Information Services LLC*

315611315v.1