# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | |
|---|---|
| CHEVONNE TINGLE,<br><br>      Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendants. | Case No. |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**NOTICE OF CONSENT TO REMOVAL OF ACTION**

Without waiving any of its defenses or any other rights, Defendant Experian Information Solutions, Inc., by and through its undersigned counsel, hereby consents to the removal of this action from the Superior Court of the State of Delaware, Case No. N24C-11-070 VLM, to the United States District Court for the District of Delaware. Removal is proper for the reasons stated in the Notice of Removal filed by Defendant Equifax Information Services LLC.

Dated: January 14, 2025

*/s/ Tyler R. Wilson*
James H.S. Levine (DE #5355)
Tyler R. Wilson (DE #7129)
TROUTMAN PEPPER LOCKE LLP
Hercules Plaza, Suite 1000
1313 N. Market Street
Wilmington, DE 19899-1709
(302) 777-6500
*james.levine@troutman.com*
*tyler.wilson@troutman.com*

*Attorneys for Experian Information Solutions, Inc.*

315629261v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| CHEVONNE TINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. |

## **TRANS UNION LLC'S NOTICE OF CONSENT TO REMOVAL OF ACTION**

Without waiving any of its defenses or any other rights, Defendant Trans Union LLC, by and through its undersigned counsel, hereby consents to the removal of this action from the Superior Court of the State of Delaware, Case No. N24C-11-070 VLM, to the United States District Court for the District of Delaware. Removal is proper for the reasons stated in the Notice of Removal filed by Defendant Equifax Information Services LLC.


Dated: January 10, 2025

*/s/ Blake A. Bennett*
Blake A. Bennett, Esq. (#5133)
Cooch & Taylor, P.A.
1000 N. West St., Suite 1500
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Authorized Representative for Trans Union LLC*

315611181v.1