**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHEVONNE TINGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:25-cv-00058-MN-SRF |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC, EQUIFAX INFORMATION SERVICES | ) |
| LLC, and TRANSUNION LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of James H. S. Levine and Tyler R. Wilson and the law firm of Troutman Pepper Locke LLP as counsel for Defendant Experian Information Solutions, Inc. is hereby withdrawn and the appearance of Daniel A. O'Brien and the law firm of Venable LLP is hereby entered on behalf of Defendant Experian Information Solutions, Inc.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of Troutman Pepper Locke LLP requests to be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

Dated: June 11, 2026

| | |
|---|---|
| **VENABLE LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Daniel A. O'Brien* | */s/ Tyler R. Wilson* |
| Daniel A. O'Brien (No. 4897) | James H. S. Levine (DE #5355) |
| 1201 N. Market Street, Suite 1400 | Tyler R. Wilson (DE #7129) |
| Wilmington, DE 19801 | Hercules Plaza, Suite 1000 |
| Tel: (302) 298-3523 | 1313 Market Street, PO Box 1709 |
| daobrien@venable.com | Wilmington, DE  19899-1709 |
| | Tel: (302) 777-6500 |
| *Substituting Attorney for Defendant Experian* | james.levine@troutman.com |
| *Information Solutions, Inc.* | |
| | *Withdrawing Attorney for Defendant Experian* |
| | *Information Solutions, Inc.* |

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. O'Brien, hereby certify that on this 11th day of June, 2026, a copy of the foregoing document was electronically filed with the court and served via CM/ECF on parties with counsel of record identified on the Court's docket. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Chevonne Tingle
298 E. Main Street, Suite 866
Middletown, DE 19709

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)