IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHEVONNE TINGLE,
Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,
Defendants.



Case No.: 1:25-cv-00058-MN

**NOTICE OF SUPPLEMENTAL EVIDENCE REGARDING EXPERIAN INFORMATION SOLUTIONS, INC.'S RECEIPT OF PLAINTIFF'S WRITTEN DISPUTE AND FAILURE TO RESPOND**

Plaintiff Chevonne Tingle, proceeding pro se, respectfully submits this Notice of Supplemental Evidence regarding Plaintiff's written dispute sent to Defendant Experian Information Solutions, Inc.

Plaintiff mailed Experian a written dispute regarding inaccurate credit reporting related to a Capital One account. Plaintiff enclosed supporting documentation with the dispute, including a copy of IRS Form 1099-C showing that the debt was discharged.

Experian received Plaintiff's written dispute on April 28, 2026, as shown by the signed and stamped certified mail return receipt attached as Exhibit A.

As of June 15, 2026, Plaintiff has not received investigation results, a correction, deletion, updated credit report, method of verification, or any written response from Experian regarding this dispute.

Plaintiff submits this Notice because Experian's receipt of the dispute, and its failure to timely respond, are directly relevant to Plaintiff's claims under the Fair Credit Reporting Act.

Plaintiff respectfully requests that this Notice and the attached exhibits be made part of the record in this matter.

Respectfully submitted,

Chevonne Tingle
Plaintiff, Pro Se
298 E Main Street STE 866
Middletown, DE 19709

Dated: June 15, 2026