IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHEVONNE TINGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-58 (MN) (SRF) |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC and TRANSUNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, this 2nd day of September 2026,

WHEREAS, on June 23, 2026, Magistrate Judge Falloon issued a Report and Recommendation (D.I. 36, "the Report") recommending this Court grant Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint (D.I. 29) and deny with prejudice Plaintiff's Petition for Leave to File Third Amended Complaint (D.I. 31);

WHEREAS, on July 13, 2026, Plaintiffs filed an untimely objection to the Report[1][2] that also failed to include the required certification (*see* March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72 ¶ 5);

[1] The Report made clear that objections must be filed by July 7, 2026. (D.I. 36 at 11).

[2] Plaintiff states in her objections that she "received the Report and Recommendation by mail on July 6, 2026 and submits these objections promptly." (D.I. 38 at 1). Regardless of when these objections were filed, timely or untimely, the Court's ruling would not change.

WHEREAS, Plaintiffs' objections address only Experian Information Solutions, Inc. ("Experian"), and do not mention the remaining Defendants, Trans Union LLC and Equifax Information Services LLC;

WHEREAS, on August 12, 2026, the Court granted a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. and terminated Experian from this action (D.I. 41); and

WHEREAS, the Court finds no clear error on the face of the record for the unobjected to portions of the Report.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 36) is ADOPTED.

2. Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint (D.I. 29) is GRANTED.

3. Plaintiff's Petition for Leave to File Third Amended Complaint (D.I. 31) is DENIED.

4. The Clerk of Court is directed to CLOSE the case.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge